

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2018

No. 04-17-00428-CV

Javier **MORA,**
Appellant

v.

Anna **MORA,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CI00776
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

The Appellant's Second Motion to Extend Time to File Motion for Rehearing is hereby GRANTED. Appellant's motion for rehearing, if any, must be filed no later than December 10, 2018. Further requests for extension of time will be disfavored.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court